UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD LeGRONE,

                                    Plaintiff,          Case No. C23-1102-LK-SKV

        v.

KING COUNTY, *et al.*,                                  ORDER DIRECTING PERSONAL
                                                        SERVICE BY UNITED STATES
                                                        MARSHAL
                                    Defendants.

This is a civil rights action brought under 42 U.S.C. § 1983.  Plaintiff is proceeding with

this action *pro se* and *in forma pauperis*.  The Court, having reviewed Plaintiff's amended civil

rights complaint, hereby ORDERS as follows:

        (1)     Service by United States Marshal.

        The United States Marshal shall personally serve King County by delivering copies of the

summons and amended complaint (Dkt. 7), and copies of this Order, to the Chief Executive of

King County in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure.  The Clerk

shall issue summons and assemble the necessary documents to affect this personal service.

ORDER DIRECTING PERSONAL SERVICE
BY UNITED STATES MARSHAL - 1

(2)   Response to Complaint

Within **twenty-one (21) days** after service, Defendant King County shall file and serve

an answer or a motion directed to the amended complaint, as permitted by Rule 12 of the Federal

Rules of Civil Procedure.

(3)   Filing and Service by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents

electronically via the Court's CM/ECF system.  Counsel are directed to the Court's website,

www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF.

Plaintiff, who is currently in the custody of the Washington Department of Corrections, is also

required to file all documents electronically.  All filings must indicate in the upper right-hand

corner the name of the magistrate judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty

(50) pages in length, a paper copy of the document (with tabs or other organizing aids as

necessary) shall be delivered to the Clerk's Office for chambers.  The chambers copy must be

clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

Any document filed with the Court must be accompanied by proof that it has been served

upon all parties that have entered a notice of appearance in the underlying matter.  Plaintiff shall

indicate the date the document is submitted for e-filing as the date of service.

(4)   Motions, Generally

Any request for court action shall be set forth in a motion, properly filed and served.

Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a

part of the motion itself and not in a separate document.  The motion shall include in its caption

ORDER DIRECTING PERSONAL SERVICE
BY UNITED STATES MARSHAL - 2

1   (immediately below the title of the motion) a designation of the date the motion is to be noted for

2   consideration upon the Court's motion calendar.

3        Stipulated and agreed motions, motions to file over-length motions or briefs, motions for

4   reconsideration, joint submissions pursuant to the optional procedure established in LCR

5   37(a)(2), motions for default, requests for the clerk to enter default judgment, and motions for the

6   court to enter default judgment where the opposing party has not appeared shall be noted for

7   consideration on the day they are filed.  *See* LCR 7(d)(1).  All other non-dispositive motions

8   shall be noted for consideration no earlier than the third Friday following filing and service of the

9   motion.  *See* LCR 7(d)(3).  All dispositive motions shall be noted for consideration no earlier

10  than the fourth Friday following filing and service of the motion.  *Id*.

11       For electronic filers, all briefs and affidavits in opposition to either a dispositive or non-

12  dispositive motion shall be filed and served not later than 11:59 p.m. on the Monday

13  immediately preceding the date designated for consideration of the motion.  The party making

14  the motion may electronically file and serve, not later than 11:59 p.m. on the date designated for

15  consideration of the motion, a reply to the opposing party's briefs and affidavits.

16       (5)     Motions to Dismiss and Motions for Summary Judgment

17       Parties filing motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil

18  Procedure and motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil

19  Procedure should acquaint themselves with those rules.  As noted above, these motions shall be

20  noted for consideration no earlier than the fourth Friday following filing and service of the

21  motion.

22       Defendants filing motions to dismiss or motions for summary judge are advised that they

23  MUST serve *Rand* notices concurrently with motions to dismiss based on failure to exhaust

ORDER DIRECTING PERSONAL SERVICE
BY UNITED STATES MARSHAL - 3

1   administrative remedies and motions for summary judgment so that *pro se* prisoner plaintiffs will

2   have fair, timely and adequate notice of what is required of them in order to oppose those

3   motions.  *Woods v. Carey*, 684 F.3d 934, 941 (9th Cir. 2012).  The Ninth Circuit has set forth

4   model language for such notices:

5   > A motion for summary judgment under Rule 56 of the Federal Rules of
>   Civil Procedure will, if granted, end your case.

6

7   > Rule 56 tells you what you must do in order to oppose a motion for
>   summary judgment.  Generally, summary judgment must be granted when
>   there is no genuine issue of material fact – that is, if there is no real
>   dispute about any fact that would affect the result of your case, the party

8   > who asked for summary judgment is entitled to judgment as a matter of
>   law, which will end your case.  When a party you are suing makes a

9   > motion for summary judgment that is properly supported by declarations
>   (or other sworn testimony), you cannot simply rely on what your

10  > complaint says.  Instead, **you must set out specific facts in declarations,**

11  > **depositions, answers to interrogatories, or authenticated documents,**
>   **as provided in Rule 56(e), that contradict the facts shown in the**

12  > **defendant's declarations and documents and show that there is a**
>   **genuine issue of material fact for trial.  If you do not submit your own**

13  > **evidence in opposition, summary judgment, if appropriate, may be**
>   **entered against you.  If summary judgment is granted, your case will**

14  > **be dismissed and there will be no trial.**

15  *Rand v. Rowland*, 154 F.3d 952, 963 (9th Cir. 1998) (emphasis added).

16          Defendants who fail to file and serve the required *Rand* notice on plaintiff may have their

17  motion stricken from the Court's calendar with leave to re-file.

18          (6)      <u>Direct Communications with District Judge or Magistrate Judge</u>

19          No direct communication is to take place with the District Judge or Magistrate Judge with

20  regard to this case.  All relevant information and papers are to be directed to the Clerk.

21  //

22  //

23  //

ORDER DIRECTING PERSONAL SERVICE
BY UNITED STATES MARSHAL - 4

1    (7)    The Clerk is directed to send copies of this Order to Plaintiff and to the King

2  County Prosecutor's Office.

3    DATED this 13th day of October, 2023.

4

5    *S. Kate Vaughan*

    S. KATE VAUGHAN

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING PERSONAL SERVICE
BY UNITED STATES MARSHAL - 5